IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-00085-RPM
(Consolidated with Civil Action No. 99-cv-00858-RPM)

TRACY MATTHEWS,

      Plaintiff,

v.

JOHN POTTER, Postmaster General, United States Postal Service,
WILLIE WASHINGTON and
EARL MAYBERRY,

      Defendants.
_____

ORDER DENYING RULE 60(b) MOTION
_____

  Upon considering the pleading filed by the plaintiff on July 25, 2005, designated as Motion to Reconsider, which refers to Fed.R.Civ.P. 60(b) and is deemed a motion for relief from judgment under that rule, and the defendant's response to the motion, the Court finds and concludes that the plaintiff's filing simply is re-argument of his position at trial and does not meet the requirements of Rule 60(b) and it is therefore

ORDERED that the plaintiff's Rule 60(b) motion is denied.

Dated: August 11, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge